

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

Jonathan Lee Riches©,
Plaintiff

Civil No  3:07CV594

v.

ORENTHAL JAMES SIMPSON A/K/A
"O.J. SIMPSON",
CURTIS JACKSON A/K/A
CURTIS "50 CENT" JACKSON d/b/a
G-UNIT,
DEFENDANT'S

## Complaint

Comes Now the Plaintiff, Jonathan Lee Riches©, worried and scared, in Pro-se, Moves this Honorable Court to Issue a Preliminary Injunction, TRO Temporary Restraining Order against Defendants and Rapper 50 cents summer home in Norfolk Virginia, as Plaintiff is in danger from Defenant's and their actions. Plaintiff prays for relief.

### 1

Rapper 50 cent A/K/A Curtis Jackson and Ex NFL Running back O.J. Simpson are friends and financial partners. 50 cent has had a home in Norfolk since 1999. 50 cent is hoarding all of O.J. Simpsons sports memorabilia and millions of dollars that O.J. is hiding from Fred Goldman and the IRS. I was a Ghost writer for 50 cents lyrics since 1999. I've wrote numerous songs for 50 cent that he used in past and his current album "Curtis". 50 cent never payed me for services, so I'm currently suing 50 cent in U.S. District court, Middle District of

Georgia, Albany Georgia for Copyright Infringement. Since I brought the Suit to Court, 50 is very angry with me and wants to do harm to me at FCI Williamsburg. 50 cent does not want me to testify in his copyright Infringement civil suit.

## 2

O.J. Simpson is having legal problems in Las Vegas. On 9-18-07 50 cent made a business deal with O.J. Simpson to pay for his bail through a straw man and cover all of O.J. Simpson's legal fees in return for O.J. Simpson coming to FCI Williamsburg to silence me, so 50 cents civil copyright case in Georgia won't proceed. When O.J. Simpson bails out, he plans to fly to 50 cent's home. 50 cent is to provide Simpson with my picture and the Jonathan Lee Riches© files, and come to FCI Williamsburg to do unjust harm on my life. All under 50 cents financial support.

### TRO Temporary Restraining Order

O.J. Simpson has a history of hurting people. I'm having nightmares of both defendants and I'm in fear with them coming to hurt me or cut out my tongue so I wont talk. Both defendants are financially secure enough to go through with this plot. I'm worried, I'm not eating right because of defendants my weight dropped down to 123 Lbs at 5ft 10 inches, I have pictures to submit upon request. Plaintiff moves this Court to issue a Restraining order Against Defendants forbidding them not to enter FCI Williamsburg or Williamsburg County South Carolina. Plaintiff moves this Court to compel Las Vegas to put a tracking device on O.J. Simpson, so we will know if he is coming to do me harm.

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400

Respectfully Submitted

Jonathan Lee Riches©