

FLORENCE SC 295
18 SEP 2007 PM 2 T

United States District Court
Eastern District of Virginia
Clerk of court
600 Granby St.,
Norfolk, Virginia 23510

Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

Dockets.Justia.com

FCI/SCP WILLIAMSBURG
P O BOX 220
SALTERS, SC 29590
Date: 9/18/07

The enclosed letter was processed through special mail procedures for forwarding to you. The letter was neither opened nor inspected. If the writer raises a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, return the enclosure to the above address

_____
Mail Room Officer